UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CV-00120-F

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>$3,982.00 IN U.S. CURRENCY, )<br>Defendant. ) | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge in order to avoid any appearance of impropriety.

SO ORDERED.

This, the 9th day of May, 2012.

*[signature]*
JAMES C. FOX
Senior United States District Judge