UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CV-00120-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| $3,982.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge in order to avoid any appearance of impropriety.

SO ORDERED.

This, the 9th day of May, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge